IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTHONY ANTUAN GREEN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-61 (LAG) |
| | * |
| ROSMAN TRENT, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated September 18, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of September, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk